UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARION L. YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-cv-00275-JPH-DLP |
| KNOX COUNTY LAW ENFORCEMENT CENTER, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

This action is dismissed because this Court lacks jurisdiction over the state law claim alleged in the amended complaint. The Entry of October 3, 2019, dismissed the operative complaint for lack of jurisdiction. See dkt. 12. The plaintiff was given a period of time in which to show cause why Judgment consistent with that Entry should not be entered. That time has passed without a response from the plaintiff. Accordingly, Judgment dismissing this action for lack of jurisdiction shall now issue.

The motion for assistance recruiting counsel, dkt [13], is **denied** because this action has been dismissed and the Court will not attempt to recruit a pro bono attorney to assist with a claim that this Court lacks jurisdiction to consider.

**SO ORDERED.**

Date: 11/4/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARION L. YOUNG
2000030801
KNOX COUNTY JAIL
2375 South Old Decker Rd
Vincennes, IN 47591